# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KURT ALEXANDER,<br><br>    Plaintiff,<br><br> v.<br><br>LV NEWCO, LLC, ET AL.,<br><br>    Defendants. | Case No. 2:19-cv-01759-RFB-DJA<br><br>**ORDER** |

  This matter is before the Court on Defendants' Proposed Discovery Plan and Scheduling Order (ECF No. 12), filed on October 23, 2019. The Court has reviewed the plan and finds that it does not comply with Local Rule ("LR") 26-1. LR 26-1(a) provides that "the parties must submit a stipulated discovery plan and scheduling order." In fact, Defendants note that all attempts to contact Plaintiff have been unsuccessful. Even though Plaintiff is participating in this matter pro se, he must still comply with the Court's Local Rules and the Federal Rules of Civil Procedure in order to continue in this action. As such, the Court will order the parties to meet and confer and submit a stipulated discovery plan and scheduling order within 14 days. To the extent the parties have a disagreement on the terms, then they are required to include "a statement of each party's position on each point in dispute" **in one stipulated discovery plan**. Therefore, the Court will deny Defendants' one-sided discovery plans that fail to comply with LR 26-1.

  Based on the foregoing and good cause appearing therefore,

  IT IS THEREFORE ORDERED that Defendants' Proposed Discovery Plan and Scheduling Order (ECF No. 12) is **denied**.

IT IS FURTHER ORDERED that the parties shall meet and confer in accordance with Local Rule 26-1 and Federal Rule of Civil Procedure 26(f) and submit a stipulated discovery plan and scheduling order no later than November 12, 2019.

DATED: October 29, 2019

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE